*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  July 2, 2015                519738
_____

In the Matter of the Claim of
    SHIRLEY ZURI McKIE,
                    Appellant.
                                    MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  May 28, 2015

Before:  Garry, J.P., Egan Jr., Rose and Lynch, JJ.

_____

        Shirley Zuri McKie, Tulsa, Oklahoma, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City (Gary Leibowitz of counsel), for respondent.

_____

Rose, J.

        Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 24, 2013, which charged claimant with a recoverable overpayment of emergency unemployment compensation benefits.

        Claimant was charged with a recoverable overpayment of $3,636 in federally funded emergency unemployment compensation benefits (see Pub L 110-252, tit IV, § 4001 et seq., 122 US Stat 2323; Matter of Silver [Commissioner of Labor], 84 AD3d 1634, 1635 [2011]).  The Unemployment Insurance Appeal Board denied her application for a waiver of repayment and claimant appeals.

        We affirm.  Repayment of emergency unemployment compensation benefits may be waived as a matter of equity or in good conscience (see United States Department of Labor,

Unemployment Insurance Program Letter No 23-08, Attachment A, at A11-A13).  Contrary to claimant's contention, the record reflects that, at the time of her application, claimant's monthly income exceeded her expenses.  Accordingly, substantial evidence supports the Board's determination that a waiver was not justified (see Matter of Babcock [Commissioner of Labor], 106 AD3d 1316 [2013]; Matter of Silver [Commissioner of Labor], 84 AD3d at 1635).

Garry, J.P., Egan Jr. and Lynch, JJ., concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court